```
MONICA DENISE FORTNER            CHECK 'N GO                      NATIONAL ACTION
5980 YORK RD                     ATTN: BANKRUPTCY                 6523 S TRANSIT RD
LAUDERDALE, MS 39335             PO BOX 36454                     STE 1
                                 CINCINNATI, OH 45236             LOCKPORT, NY 14094


THOMAS C. ROLLINS, JR.           CITIZENS NATIONAL BANK           NCB MANAGEMENT
THE ROLLINS LAW FIRM, PLLC       512 22ND AVE                     ATTN: BANKRUPTCY
P.O. BOX 13767                   MERIDIAN, MS 39301               1 ALLIED DRIVE
JACKSON, MS 39236                                                 TREVOSE, PA 19053


AARON'S                          CREDITFRESH                      NELNET
1640 HWY 439 N                   200 CONTINENTAL DRIVE            ATTN: CLAIMS
MERIDIAN, MS 39301               SUITE 401                        PO BOX 82505
                                 NEWARK, DE 19713                 LINCOLN, NE 68501


ACIMA                            EXETER FINANCE LLC               ONE ADVANTAGE LLC
9815 S MONROE ST                 PO BOX 166008                    127 EAST SHORE PRKWY
SANDY, UT 84070                  IRVING, TX 75016                 SUITE A
                                                                  LA PORTE, IN 46350


AIDVANTAGE                       FIRST PREMIER BANK               OPPLOANS
PO BOX 300001                    3820 N LOUISE AVE                P.O. BOX 5040
GREENVILLE, TX 75403             SIOUX FALLS, SD 57107            FREDERICKSBURG, VA 2240


BAPTIST                          FLEX LENDING                     PLAZA SERVICES, LLC
PO BOX 749220                    901 W YAMATO RD                  ATTN: BANKRUPTCY
ATLANTA, GA 30374                STE 260                          110 HAMMOND DR STE 110
                                 BOCA RATON, FL 33431             ATLANTA, GA 30328


BOWER'S AUTO FINANCE             JANUARY TECHNOLOGIES             REGIONAL FINANCE
409 FRONT STREET EXT.            176 GRAND ST, 4TH FL             979 BATESVILLE RD
MERIDIAN, MS 39302               NEW YORK, NY 10013-9998          GREER, SC 29651


CC BANK                          LELA MAE                         RISE CREDIT
1909 W STATE ST                  522 ELMWOOD AVE                  ATTN: BANKRUPTCY
PLEASANT GROVE, UT  84062        BUFFALO, NY 14222                PO BOX 101808
                                                                  FORT WORTH, TX 76185


CEDRIC DARDEN                    MS TITLE LOAN                    RUSH MEDICAL FOUNDATIO
321 TERRY RD                     1806 N FRONTAGE RD               1314 19TH AVE
LAUDERDALE, MS 39335             MERIDIAN, MS 39301               MERIDIAN, MS 39301
```

```
SIMPLE FAST LOANS INC
8601 DUNWOODY PLACE
STE 406
ATLANTA, GA 30350


TRUE ACCORD
16011 COLLEGE BLVD
LENEXA, KS 66219


WEBBANK
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303
```