# CERTIFICATE OF TITLE

Form | **STATE OF MISSISSIPPI** | ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| JN1EV7AP1JM363612 | INFI | 2018 | Q50 | SD | | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 12/11/2024 | | 6 | USED | PC | 153583 ACTUAL |

**OWNER(S)**
FORTNER, MONICA
5980 YORK RD
LAUDERDALE MS 39335-9490

**BRANDS**

**BENEFICIARY**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**
EXETER FINANCE LLC
PO BOX 677
WILMINGTON OH 45177-0677

DATE  10/07/2024

**2ND LIENHOLDER**

DATE

**MAIL TO**

EXETER FINANCE LLC
PO BOX 677
WILMINGTON OH 45177-0677

LIEN SATISFACTION THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ (LIENHOLDER)   BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

2ND LIEN _____ (LIENHOLDER)   BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE **11TH** DAY OF **DECEMBER** 20**24**

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1 Mississippi Code of 1972 and subject to the provisions thereof

CONTROL NUMBER

MISSISSIPPI DEPARTMENT OF REVENUE

**Exhibit B**

VOID IF ALTERED

***NOTICE ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW***

Federal and State Law requires that you state the mileage in connection with the transfer of ownership Failure to complete or providing a false statement may result in fines and/or imprisonment

### ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____  Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING (No Tenths) _____

CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage   WARNING ODOMETER DISCREPANCY

**SELLER**
Signature(s) _____  Printed Name(s) _____  Date of Sale _____

**BUYER**  I am aware of the above odometer certification made by seller
Signature(s) _____  Printed Name(s) _____

### FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____  Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING (No Tenths) _____

CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage   WARNING ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____  Printed Firm Name _____  Date of Sale _____

**BUYER**  I am aware of the above odometer certification made by seller
Signature(s) _____  Printed Name(s) _____

### SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____  Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING (No Tenths) _____

CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage   WARNING ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____  Printed Firm Name _____  Date of Sale _____

**BUYER**  I am aware of the above odometer certification made by seller
Signature(s) _____  Printed Name(s) _____

### THIRD RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____  Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING (No Tenths) _____

CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage   WARNING ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____  Printed Firm Name _____  Date of Sale _____

**BUYER**  I am aware of the above odometer certification made by seller
Signature(s) _____  Printed Name(s) _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____

*(Side margin): SCRAPPED DISMANTLED OR DESTROYED VEHICLE  This is to be filled in by Vehicle Owner  Certificate of Title must be mailed or delivered to the Mississippi Department of Revenue  I/we hereby warrant that the Vehicle described on the reverse side of this Certificate was scrapped dismantled or destroyed on _____ 20____  Owner's Signature _____*