Certificate Number: 15322-MSS-DE-040341289

Bankruptcy Case Number: 25-02585



15322-MSS-DE-040341289

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2025, at 2:23 o'clock PM CST, Monica D Fortner completed a course on personal financial management given by telephone by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  November 22, 2025  

By:  /s/Nakia Pratt

Name:  Nakia Pratt

Title:  Certified Credit Counselor