# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02585  **Case Name:** Monica Denise Fortner
**Set:** 12/16/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Objection to Confirmation filed by Exeter Finance LLC (Dkt. #17) - AGREED ORDER TO BE SUBMITTED BY MEYER

Objection to Confirmation filed by the Trustee (Dkt. #20)- AGREED ORDER TO BE SUBMITTED BY WILSON; EMAIL RECEIVED FROM WILSON

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Meyer to submit an Agreed Order on the Objection filed by Exeter Finance LLC [17]. Wilson to submit an Agreed Order on the Trustee's Objection [20]. Orders due by 12/30/2025. Confirmation hearing removed. (mcc)