# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Monica Denise Fortner, Debtor                  Case No. 25-02585-KMS
                                                        CHAPTER 13

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtor represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's Zantac personal injury claim.

2. That the Debtor desires to employ Nachawati Law Group, PLLC, CIP Partners, LLC, and Selinger Law Group to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. Attorneys for Nachawati Law Group, PLLC, CIP Partners, LLC, and Selinger Law Group has attached their affidavit hereto, stating that the attorney is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Nachawati Law Group, PLLC, CIP Partners, LLC, and Selinger Law Group will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Nachawati Law Group, PLLC, CIP Partners, LLC, and Selinger Law Group as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Monica Denise Fortner, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on December 16, 2025, to:

By USPS First Class Mail:

    Monica Denise Fortner
    5980 York Rd
    Lauderdale, MS 39335

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.