IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Monica Denise Fortner, Debtor      Case No. 25-02585-KMS
CHAPTER 13

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF _____

     *Justin Witkin* of *CJP Partners* being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's *Zantac* claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 2nd day of December, 2025.

X _____
By: Justin Witkin

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2nd day of December, 2025.

_____
NOTARY PUBLIC

KIMBERLY ANN REED
Notary Public, State of Texas
Comm. Expires 09-26-2026
Notary ID 129973563

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Monica Denise Fortner, Debtor          Case No. 25-02585-KMS
                                                CHAPTER 13

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF _____

_John Selinger_ of _Selinger Law_, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

   a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's _Zantac_ claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 28th day of November, 2025.

By: X _____
   John Selinger

SWORN TO AND SUBSCRIBED BEFORE ME, this the 28th day of November, 2025.

_____
NOTARY PUBLIC

[Notary Seal: MARIA P SELINGER, NOTARY PUBLIC, WESTCHESTER, STATE OF NEW YORK, No. 01SE6427145, My Comm. Exp. 12-20-2025]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Monica Denise Fortner, Debtor         Case No. 25-02585-KMS
                                                          CHAPTER 13

**AFFIDAVIT OF ATTORNEY**

STATE OF MISSISSIPPI

COUNTY OF _____

Arati Furness of Nachawati Law Group f/k/a Fears Nachawati, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's Zantac claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 2nd day of December, 2025.

X _____

By: Arati Furness

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2nd day of December, 2025.

_____
NOTARY PUBLIC

KIMBERLY ANN REED
Notary Public, State of Texas
Comm. Expires 09-26-2026
Notary ID 129973563