# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Monica Denise Fortner, Debtor          Case No. 25-02585-KMS
                                                 **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to be Employ Special Counsel. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: December 16, 2025.       Signature:     /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer A Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O. Box 13767
                                              Jackson, MS 39236
                                              601-500-5533
                                              trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Monica Denise Fortner, Debtor              Case No. 25-02585-KMS
                                                    CHAPTER 13

### APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtor represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's Zantac personal injury claim.

2. That the Debtor desires to employ Nachawati Law Group, PLLC, CIP Partners, LLC, and Selinger Law Group to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. Attorneys for Nachawati Law Group, PLLC, CIP Partners, LLC, and Selinger Law Group has attached their affidavit hereto, stating that the attorney is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Nachawati Law Group, PLLC, CIP Partners, LLC, and Selinger Law Group will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Nachawati Law Group, PLLC, CIP Partners, LLC, and Selinger Law Group as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Monica Denise Fortner, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on December 16, 2025, to:

By USPS First Class Mail:

    Monica Denise Fortner
    5980 York Rd
    Lauderdale, MS 39335

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MONICA DENISE FORTNER

CASE NO: 25-02585-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 12/16/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-02585-KMS |
|---|---|
| MONICA DENISE FORTNER | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/16/2025, a copy of the following documents, described below,

Notice and Application to Employ

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/16/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| DEBTOR | CASE INFO | |
|---|---|---|
| MONICA DENISE FORTNER<br>5980 YORK RD<br>LAUDERDALE MS 39335 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-02585-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE DEC 16 9-19-0 PST 2025 | EXETER FINANCE LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 |
| ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON   MS 39201-5036~~ | AARONS<br>1640 HWY 439 N<br>MERIDIAN   MS 39301 | ACIMA<br>9815 S MONROE ST<br>SANDY   UT 84070-4296 |
| AIDVANTAGE<br>PO BOX 300001<br>GREENVILLE   TX 75403-3001 | BAPTIST<br>PO BOX 749220<br>ATLANTA   GA 30374-9220 | BOWERS AUTO FINANCE<br>409 FRONT STREET EXT<br>MERIDIAN  MS 39301-4502 |
| CC BANK<br>1909 W STATE ST<br>PLEASANT GROVE   UT 84062-4040 | CEDRIC DARDEN<br>321 TERRY RD<br>LAUDERDALE   MS 39335-8324 | CHECK N GO<br>ATTN BANKRUPTCY<br>PO BOX 36454<br>CINCINNATI   OH 45236-0454 |
| (P)CITIZENS NATIONAL BANK<br>P O BOX 911<br>MERIDIAN MS 39302-0911 | (P)CREDIT FRESH<br>200 CONTINENTAL DRIVE SUITE 401<br>NEWARK DE 19713-4337 | (P)EXETER FINANCE   LLC<br>NANNETTE ALAMILLA<br>2101 W JOHN CARPENTER FWY<br>IRVING TX 75063-3228 |
| EXETER FINANCE LLC<br>CO AIS PORTFOLIO SERVICES   LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 | EXETER FINANCE LLC DEPARTMENT<br>AIS PORTFOLIO SERVICES   LLC<br>ACCOUNT XXX3532<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 | FINWISE BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN PA 19355-0702 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS   SD 57107-0145 | FLEX LENDING<br>901 W YAMATO RD<br>STE 260<br>BOCA RATON   FL 33431-4415 | INTERCOASTAL FINANCIAL LLC<br>7954 TRANSIT RD 136X<br>WILLIAMSVILLE   NY 14221-4117 |
| JANUARY TECHNOLOGIES<br>176 GRAND ST   4TH FL<br>NEW YORK   NY 10013-3786 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LELA MAE<br>522 ELMWOOD AVE<br>BUFFALO   NY 14222-2014 |
| MS TITLE LOAN<br>1806 N FRONTAGE RD<br>MERIDIAN   MS 39301-6155 | MISSISSIPPI TITLE LOANS   INC<br>CO BANKRUPTCY DIVISION<br>8601 DUNWOODY PLACE   STE 406<br>ATLANTA   GA 30350-2550 | NCB MANAGEMENT<br>ATTN BANKRUPTCY<br>1 ALLIED DRIVE<br>TREVOSE   PA 19053-6945 |

| | | |
|---|---|---|
| NCB MANAGEMENT SERVICES  INC<br>ONE ALLIED DRIVE<br>TREVOSE  PA 19053-6945 | NATIONAL ACTION<br>6523 S TRANSIT RD<br>STE 1<br>LOCKPORT  NY 14094-6329 | NELNET<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN  NE 68501-2505 |
| ONE ADVANTAGE LLC<br>127 EAST SHORE PRKWY<br>SUITE A<br>LA PORTE   IN 46350-2382 | OPPLOANS<br>PO BOX 5040<br>FREDERICKSBURG  VA 22403-0640 | (P)PLAZA SERVICES  LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 |
| PREMIER BANKCARD  LLC<br>JEFFERSON CAPITAL SYSTEMS  LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD  MN 56302-7999 | REGIONAL MANAGEMENT CORPORATION<br>979 BATESVILLE ROAD STE B<br>GREER SC 29651-6819 | RISE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 101808<br>FORT WORTH  TX 76185-1808 |
| REGIONAL FINANCE<br>979 BATESVILLE RD<br>GREER  SC 29651-6819 | RUSH MEDICAL FOUNDATIO<br>1314 19TH AVE<br>MERIDIAN  MS 39301-4116 | SCOLOPAX  LLC<br>CO WEINSTEIN  RILEY  PS<br>749 GATEWAY  SUITE G-601<br>ABILENE  TX 79602-1196 |
| (P)SIMPLE FAST LOANS  INC<br>ATTN ATTN LEGAL DEPARTMENT<br>8601 DUNWOODY PLACE SUITE 406<br>ATLANTA GA 30350-2550 | (P)ASCENDIUM EDUCATION SOLUTIONS INC<br>38 BUTTONWOOD COURT<br>MADISON WI 53718-2156 | TRUE ACCORD<br>16011 COLLEGE BLVD<br>LENEXA  KS 66219-9877 |
| EXCLUDE<br><br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022 | WEBBANK<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD  MN 56303-0820 | EXCLUDE<br><br>(P)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 |
| DEBTOR<br><br>MONICA DENISE FORTNER<br>5980 YORK RD<br>LAUDERDALE  MS 39335-9490 | EXCLUDE<br><br>THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 | |