

5489 Blair Road
Dallas, TX 75231
www.ntrial.com

**ZANTAC CONTRACT OF EMPLOYMENT**

(214) 890-0711 // Phone
intake@ntrial.com // Email

**Scope of Representation:** I, the undersigned (hereinafter "Client(s)"), engage Nachawati Law Group, PLLC, CIP Partners, LLC, and Selinger Law Group ( hereinafter "Firm(s)" or "Attorneys"), as my attorneys to investigate, prepare, and prosecute any claim or suit for any injuries or damages arising from the use of Zantac (and/or Generic), including Personal Injury Claim(s), Product Liability Claim(s), Negligence Claim(s), Wrongful Death Claim(s) and/or Loss of Consortium Claim(s) against certain parties who may be liable.

**Attorneys' Fees: This agreement is a contingent fee contract. Client will not owe any fees or expenses if there is no recovery.** Attorneys agree to represent Client in his/her cause of action for personal injuries to settlement or final judgment of Client's claim through trial excluding any appeal. As compensation for Attorneys' services, Client agrees to pay the Firm forty percent (40%) of the gross recovery on all claims or recoveries from and against all sources, persons, or entities whether a lawsuit is filed or not, and whether actually tried before a judge or jury or not, provided that such final conclusion is made prior to any appeal of the case. Attorneys' fees are calculated on and subtracted from the total gross recovery amount, not the net recovery amount to the Client. The gross attorneys' fees will be apportioned between the following Firms as follows: 50% to Nachawati Law Group, PLLC, 25% to CIP Partners, LLC, and 25% to Selinger Law Group. Attorneys will assume joint responsibility for representation of Client. In the event that Client terminates client-attorney relationship, Client understands and agrees that Attorneys' will have a first priority lien on any recoveries for any and all Attorneys' fees. **Consent to Associate:** Your case may be referred to another law firm that the Attorneys have selected to assist us in handling this matter and Client hereby consents to the association of one or more law firms. If so, this will not affect the amount of Attorneys' fees or expenses that will be deducted from your recovery, if any.

**Costs and Expenses:** Client understands that in addition to Attorneys' fees, costs and expenses for such things including, but not limited to, file management fees, pre-settlement services, post-settlement services, medical record services, billing records services, lien resolution services, interest and fees on lines of credit, obtaining witness statements, filing suit, depositions, and expert witness fees are the responsibility of Client. **If there is a recovery, then such costs and expenses and are taxed against Client's portion of the recovery**. In the event that Client terminates client-attorney relationship, Client understands and agrees that Attorneys' will have a first priority lien on any recoveries for any and all case costs and expenses. **If there is no recovery, the Client will not owe Attorneys any fees, costs, or expenses.** Attorneys will use best efforts to minimize costs associated with the engagement. **Medical Expenses:** If the Client's claim includes reimbursement for medical expenses incurred in treating the injury made the basis of the claim, Client may, by contract or statute, be required to repay to the party who paid the medical expenses a portion or all of those amounts (i.e. subrogation). This repayment is Client's obligation, and such repayment, if any, shall be Client's responsibility and will be paid out of Client's settlement proceeds.

**Client's Cooperation and Termination:** Client shall keep the Firm advised of her/his current address and telephone number at all times. Failing to advise the Firm of current contact information may result in the dismissal of Client's claim. Additionally, Client agrees to keep the Firm apprised of any and all medical developments regarding Client's case and agrees to use reasonable best efforts to provide any and all medical records regarding Client's case. **Client consents to all communication from Firm, including, but not limited to, e-mail and text messaging**. In addition, Client agrees that he/she shall refrain from posting or placing on social media any reference to his/her injuries or symptoms, the subject of this engagement, the company(ies) that may be involved, and/or the details of his/her case. **Power of Attorney:** Client hereby gives Attorneys power of attorney to execute all documents connected with the claim for the prosecution of which the Attorneys are retained. Client hereby transfers and assigns to Attorneys an undivided interest in Client's claims. This undivided interest is equivalent to the fees, costs, and expenses, including the Attorneys' agreed-to percentage of any recovery, and the reimbursement of costs and expenses outlined herein. **Withdrawing Representation:** Client agrees that the Firm may withdraw from representing Client at any time by providing written notice to Client at Client's last-known address on file with the Firm. In the event the Firm withdraws, Client will not owe any Attorneys' fees or expenses.

**Limited Statute of Limitations Waiver:** Client understands that the statutory period of limitations during which time a legal claim for injuries must be brought may have expired prior to this representation agreement and/or may be expiring in the near future. Client expressly agrees that they will not hold Attorneys responsible for any claims that are lost due to the expiration of the statute of limitations. Client understands and agrees that Attorneys will not file a case until all medical records are received to support a meritorious case.

**Client Must Approve Any Settlements:** Client shall have the exclusive right to accept or reject any offers for settlement of the cause of action. Client understands, acknowledges, and agrees that this claim may be presented, prosecuted, and/or settled as part of a mass action of other lawsuits in which the Firm may also represent other persons with claims similar to Client and Client consents to such action. Client hereby waives any potential conflicts between Client and the other clients of the Firm similarly situated. Client further agrees that the Firm may negotiate Client's claim and other similarly situated claims on an aggregate basis. Client hereby acknowledges that the Firm has made no guarantees regarding the successful outcome of this matter and all expressions about the outcome are only opinions. **Group Settlement Offers:** Defendants may try to settle all or a portion of the Firm's cases as a group, by attempting to settle Client's case along with similar cases handled by the Firm. If/when this "group settlement" system is offered, Attorneys will get each Client's authorization for a minimum, gross amount for which the Client authorizes the Attorneys to attempt to settle the Client's case. **Settlement of Liens**: Client understands and acknowledges that prior to the disbursement of any recoveries, the Firm may be required to investigate and satisfy any third-party interest healthcare liens such as Medicare, Medicaid and other medical provider liens. If a dispute arises between Client and a subrogee or lien holder, Client agrees to allow Attorneys to hold the maximum amount being claimed in an escrow account until such dispute has been resolved.

**Medical Malpractice Claims Not Included:** Client understands and agrees that the Attorneys referenced herein will not investigate and will not pursue a medical malpractice action or any other claim against your doctor(s). Client understands that any claim or lawsuit against his/her doctor(s) and/or healthcare provider must be filed with the Court and served upon the doctor(s) within the lawful time limit (statute of limitations). If Client desires to sue his/her doctor(s), Client must timely

Doc ID: 5fc63185e2b80e00f3a264dbec989e80e3e6fd15



5489 Blair Road
Dallas, TX 75231
www.ntrial.com

**ZANTAC CONTRACT OF EMPLOYMENT**

(214) 890-0711 // Phone
intake@ntrial.com // Email

file and serve such a lawsuit prior to the expiration of any applicable statute of limitations. Client understands that this statute of limitations may have already passed and further understands that every day the doctors are not sued may be the last day a suit may be filed against them. Client further understands that if they desire to sue his/her doctor, Client will need to retain other counsel, immediately, to investigate and possibly pursue such a claim.

**No Guaranteed Recovery**: Attorneys will work to obtain the desired results for Client in this matter. However, Attorneys cannot guarantee that a particular outcome will be achieved. Many different circumstances dictate the outcome of a legal matter, some of which are not under Attorneys' control.

**Place of Performance and Choice of Law**: This agreement is to be performed in Texas and Client agrees all questions concerning the rights and obligations of Client and the Firm under this agreement shall be governed by Texas law, including the Texas Rules of Professional Conduct. In the event of any dispute arising out of this contract, Texas law shall govern that dispute. Venue for any action brought shall exclusively be in Dallas County, Texas.

**State Bar of Texas | Grievance & Ethics:** The State Bar of Texas is dedicated to improving the quality of legal services and promoting ethical conduct in the legal profession. The Texas Rules of Disciplinary Procedure provide the mechanism by which grievances are processed, investigated, and prosecuted. If you have questions about the grievance process, the State Bar Office of General Counsel will provide you with information about how to file a complaint. For more information, please call, toll free, 1-800-932-1900.

This agreement constitutes the sole agreement of the parties and supersedes any prior understandings or written or oral agreements of the parties. This agreement binds Client's heirs, executors, administrators, successors and assignees, and any wards, minors or incompetents as to whom the Client is guardian, next friend or otherwise acting in a representative capacity. Client understands and acknowledges that the decision to hire the Firm is made willfully and independently without outside influence.

Executed this Date: 05 / 27 / 2025

**Client:**

Signature: _[signed]_

Printed Name: Monica obo Daniel (Dec, Husband) Fortner

Address: 5980 York Rd , Lauderdale, MS 39335

Social Security Number: _____

Date of Birth: _____

Phone: _____

Email: _____

**Firms:**

_____
**Nachawati Law Group, PLLC**

_____
**CIP Partners, LLC**

_____
**Selinger Law Group**

Doc ID: 5fc63185e2b80e00f3a2b4dbec989c80c3e6fd15