

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   MONICA DENISE FORTNER,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-02585-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON TRUSTEE'S OBJECTION TO CONFIRMATION

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation (Docket No. 20.   The Debtor, through her attorney, has agreed that all Student Loan Claims are to be treated as deferred during life of this bankruptcy.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified as to all of Debtor's Student Loans are deferred during this case.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

-2-

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net