United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-02585-KMS |
| Monica Denise Fortner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Dec 29, 2025 | Form ID: n031 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monica Denise Fortner, 5980 York Rd, Lauderdale, MS 39335-9490 |
| 5576297 | | Aaron's, 1640 Hwy 439 N, Meridian, MS 39301 |
| 5576298 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5576300 | + | Baptist, PO Box 749220, Atlanta, GA 30374-9220 |
| 5576301 | + | Bower's Auto Finance, 409 Front Street Ext., Meridian, MS 39301-4502 |
| 5576303 | + | Cedric Darden, 321 Terry Rd, Lauderdale, MS 39335-8324 |
| 5576307 | ++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228 address filed with court:, Exeter Finance LLC, Po Box 166008, Irving, TX 75016 |
| 5576309 | + | Flex Lending, 901 W Yamato RD, Ste 260, Boca Raton, FL 33431-4415 |
| 5576311 | + | Lela Mae, 522 Elmwood Ave, Buffalo, NY 14222-2014 |
| 5576312 | + | MS Title Loan, 1806 N Frontage Rd, Meridian, MS 39301-6155 |
| 5576313 | + | National Action, 6523 S Transit Rd, Ste 1, Lockport, NY 14094-6329 |
| 5576321 | + | Rush Medical Foundatio, 1314 19th Ave, Meridian, MS 39301-4116 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 19:47:05 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5578023 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 29 2025 19:36:00 | Sloan Servicing obo Ascendium Education Solutions, Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 5576299 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 29 2025 19:47:05 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 5576302 | + | Email/Text: bankruptcy@ccbank.com | Dec 29 2025 19:36:00 | CC Bank, 1909 W State St, Pleasant Grove, UT 84062-4040 |
| 5576305 | | Email/Text: bankruptcy.notices@yourcnb.com | Dec 29 2025 19:36:00 | Citizens National Bank, 512 22nd Ave, Meridian, MS 39301 |
| 5576306 | | Email/Text: bankruptcy@creditfresh.com | Dec 29 2025 19:36:00 | CreditFresh, 200 Continental Drive, Suite 401, Newark, DE 19713 |
| 5576304 | + | Email/Text: bankruptcy@axcess-financial.com | Dec 29 2025 19:36:00 | Check 'n Go, Attn: Bankruptcy, Po Box 36454, Cincinnati, OH 45236-0454 |
| 5576307 | | Email/Text: exeter@ebn.phinsolutions.com | Dec 29 2025 19:36:00 | Exeter Finance LLC, Po Box 166008, Irving, TX 75016 |
| 5580483 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 19:47:05 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5577514 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 19:47:10 | Exeter Finance LLC Department, AIS Portfolio |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: n031 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| | | | Services, LLC, Account: XXX3532, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5601644 | Email/PDF: bncnotices@becket-lee.com | Dec 29 2025 19:47:05 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5606056 | + Email/Text: opportunitynotices@gmail.com | Dec 29 2025 19:37:00 | First Electronic Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5576308 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 29 2025 19:47:10 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5589497 | + Email/Text: gbechakas@outlook.com | Dec 29 2025 19:36:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5580135 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2025 19:37:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5576310 | ^ MEBN | Dec 29 2025 19:33:34 | January Technologies, 176 Grand St, 4th Fl, New York, NY 10013-3786 |
| 5586358 | + Email/Text: bankruptcy_department@clacorp.com | Dec 29 2025 19:36:00 | Mississippi Title Loans, Inc., c/o Bankruptcy Division, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350-2550 |
| 5576314 | ^ MEBN | Dec 29 2025 19:33:21 | NCB Management, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 5580485 | ^ MEBN | Dec 29 2025 19:33:22 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5576315 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 29 2025 19:36:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5605731 | + Email/Text: bankruptcy@ochsner.org | Dec 29 2025 19:36:00 | Ochsner Health System, c/o Olivia K. Greenberg, Esq., Jones Walker LLP, 201 St. Charles Ave., 51st Fl., New Orleans, LA 70170-5100 |
| 5576316 | ^ MEBN | Dec 29 2025 19:33:29 | One Advantage LLC, 127 East Shore Prkwy, Suite A, La Porte, IN 46350-2382 |
| 5576317 | + Email/Text: opportunitynotices@gmail.com | Dec 29 2025 19:37:00 | OppLoans, P.o. Box 5040, Fredericksburg, VA 22403-0640 |
| 5576318 | Email/Text: info@plazaservicesllc.com | Dec 29 2025 19:36:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr Ste 110, Atlanta, GA 30328 |
| 5580134 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2025 19:37:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5576792 | + Email/Text: bankruptcy@regionalmanagement.com | Dec 29 2025 19:36:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5576320 | + Email/Text: elevate@ebn.phinsolutions.com | Dec 29 2025 19:37:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5576319 | + Email/Text: bankruptcy@regionalmanagement.com | Dec 29 2025 19:36:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5576322 | Email/Text: bankruptcy_department@clacorp.com | Dec 29 2025 19:36:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5601608 | + Email/Text: bncmail@w-legal.com | Dec 29 2025 19:36:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5576323 | + Email/Text: accountservicing@trueaccord.com | Dec 29 2025 19:36:00 | True Accord, 16011 College Blvd, Lenexa, KS 66219-9877 |
| 5576324 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 29 2025 19:37:00 | WEBBank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Dec 29, 2025 | Form ID: n031 | Total Noticed: 43 |
| TOTAL: 32 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

**Name**      **Email Address**

Brian Christopher Wilson
on behalf of Trustee David Rawlings bwilson@rawlings13.net

Christopher D Meyer
on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

David Rawlings
ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
on behalf of Debtor Monica Denise Fortner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02585−KMS
**Chapter:** 13

**In re:**

Monica Denise Fortner
5980 York Rd
Lauderdale, MS 39335

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on December 29, 2025 (Dkt. # 29 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: December 29, 2025                Danny L. Miller, Clerk of Court