**United States Bankruptcy Court**
**Southern District of Mississippi**

In re **Monica Denise Fortner** Debtor(s)

Case No. **25-02585**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 7, 2026**

**/s/ Monica Denise Fortner**
**Monica Denise Fortner**
Signature of Debtor

MONICA DENISE FORTNER
5980 YORK RD
LAUDERDALE, MS 39335

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AARON'S
1640 HWY 439 N
MERIDIAN, MS 39301

ACIMA
9815 S MONROE ST
SANDY, UT 84070

AIDVANTAGE
PO BOX 300001
GREENVILLE, TX 75403

BAPTIST
PO BOX 749220
ATLANTA, GA 30374

BOWER'S AUTO FINANCE
409 FRONT STREET EXT.
MERIDIAN, MS 39302

CC BANK
1909 W STATE ST
PLEASANT GROVE, UT 84062

CEDRIC DARDEN
321 TERRY RD
LAUDERDALE, MS 39335

CHECK 'N GO
ATTN: BANKRUPTCY
PO BOX 36454
CINCINNATI, OH 45236

CITIZENS NATIONAL BANK
512 22ND AVE
MERIDIAN, MS 39301

CREDITFRESH
200 CONTINENTAL DRIVE
SUITE 401
NEWARK, DE 19713

EXETER FINANCE LLC
PO BOX 166008
IRVING, TX 75016

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

FLEX LENDING
901 W YAMATO RD
STE 260
BOCA RATON, FL 33431

JANUARY TECHNOLOGIES
176 GRAND ST, 4TH FL
NEW YORK, NY 10013-9998

LELA MAE
522 ELMWOOD AVE
BUFFALO, NY 14222

MS DEPT OF REVENUE***
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

MS TITLE LOAN
1806 N FRONTAGE RD
MERIDIAN, MS 39301

NATIONAL ACTION
6523 S TRANSIT RD
STE 1
LOCKPORT, NY 14094

NCB MANAGEMENT
ATTN: BANKRUPTCY
1 ALLIED DRIVE
TREVOSE, PA 19053

NELNET
ATTN: CLAIMS
PO BOX 82505
LINCOLN, NE 68501

ONE ADVANTAGE LLC
127 EAST SHORE PRKWY
SUITE A
LA PORTE, IN 46350

OPPLOANS
P.O. BOX 5040
FREDERICKSBURG, VA 22403

PLAZA SERVICES, LLC
ATTN: BANKRUPTCY
110 HAMMOND DR STE 110
ATLANTA, GA 30328

REGIONAL FINANCE
979 BATESVILLE RD
GREER, SC 29651

RISE CREDIT
ATTN: BANKRUPTCY
PO BOX 101808
FORT WORTH, TX 76185

RUSH MEDICAL FOUNDATIO
1314 19TH AVE
MERIDIAN, MS 39301

SIMPLE FAST LOANS INC
8601 DUNWOODY PLACE
STE 406
ATLANTA, GA 30350

TRUE ACCORD
16011 COLLEGE BLVD
LENEXA, KS 66219

WEBBANK
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303