# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02585 **Case Name:** Monica Denise Fortner

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 9/15/2026 Filed by Debtor Monica Denise Fortner Objections due 10/15/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order) (Dkt. #39)

Response filed by the Trustee (Dkt. #40)

---

Minute Entry Re: (related document(s): [39] Motion and 30 Day Notice to Modify Plan filed by Monica Denise Fortner) Duncan to submit an Agreed Order. Order due by 12/01/2026. (mcc)